No. 80–1771.   HYDROLEVEL CORP. *v.* AMERICAN SOCIETY OF MECHANICAL ENGINEERS, INC.   C. A. 2d Cir.   Certiorari denied.

No. 80–2138.   CARTER *v.* DAYTON BOARD OF EDUCATION ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–854.   SEGUIN ET AL. *v.* AKRON CENTER FOR REPRODUCTIVE HEALTH, INC., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–1274.   ROBINSON *v.* CITY OF JUNCTION CITY.   Ct. App. Kan.   Certiorari denied.

No. 81–1360.   HOME INDEMNITY CO. ET AL. *v.* OESTERLE.   C. A. 11th Cir.   Certiorari denied.

No. 81–1486.   FRIEDLAND *v.* UNITED STATES; and
No. 81–1490.   FRIEDLAND *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   Reported below: 660 F. 2d 919.

No. 81–1495.   MOORE *v.* JORDAN ET AL.   C. A. 6th Cir. Certiorari denied.

No. 81–1508.   ANDREW MARTIN MARINE CORP. ET AL. *v.* MOTOREN-WERKE MANNHEIM, A.G., ET AL.   C. A. 5th Cir. Certiorari denied.

No. 81–1629.   AMERICAN INDIANS RESIDING ON THE MARICOPA-AK CHIN RESERVATION *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 81–1630.   MODICA *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–1658.   MONACO *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.